# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.       : | No. 15-4299 |
| : | |
| WILLIAM ANDREW CLARKE, : | |
| : | |
| Defendants.   : | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE BRIEFS AND JOINT APPENDIX

Comes Now, William Andrew Clarke, by counsel, without objection from the government, and moves this honorable Court to grant an extension of thirty (30) days to file briefs and a joint appendix in this case. In support of his request, the Appellant, by counsel, states the following:

1) On July 7, 2015, this Honorable Court ordered that Appellant's opening brief and appendix are due August 11, 2015 and the government's response brief is due September 4, 2015.

2) Defendant respectfully requests a 30 day extension to ensure the issues presented on appeal, of which there are at least four, are properly and fully briefed.

3) Additionally, defense counsel was absent on vacation from July 11, 2015 to July 18, 2015, had a significant hearing in a capital murder

1

matter on July 23, 2015 and has another hearing in the same capital matter scheduled for August 13, 2015.

4) WHEREFORE, for the above stated reasons, the Appellant respectfully requests that this Honorable Court should grant his motion and order a thirty day extension of time to file his opening brief and appendix as well as grant the government an additional 30 days to reply.

        Respectfully submitted,

        WILLIAM ANDREW CLARKE
        By Counsel

        _____/s/ *Joseph King*_____
        Joseph King
        VA Bar #65632
        King, Campbell, Poretz & Thomas PLLC
        108 N. Alfred Street
        Alexandria, VA 22314
        (703) 683-7070 (o)
        (703) 652-6010 (f)
        jking@kingcampbell.com
        *Counsel for Appellant*

# CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of July, 2015, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Scott Claffee
US Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700
scott.claffee@usdoj.gov

                                                    _____*/s/ Joseph King*_____
                                                    Joseph King
                                                    VA Bar # 65632
                                                    King, Campbell, Poretz & Thomas PLLC
                                                    108 N. Alfred Street
                                                    Alexandria, VA 22314
                                                    Phone: 703-683-7070
                                                    Facsimile: 703-652-6010
                                                    jking@kingcampbell.com
                                                    *Counsel for Appellant*