IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| Appellee, | : | |
| v. | : | No. 15-4299 |
| | : | |
| **WILLIAM ANDREW CLARKE,** | : | |
| | : | |
| Defendant-Appellant. | : | |

**APPELLANT'S UNOPPOSED MOTION
FOR LEAVE TO FILE PHYSICAL EXHIBITS**

The Appellant, William Andrew Clarke, by counsel, pursuant to Local Rule 28(b) of the Local Rules of the Circuit Court, moves the Court for entry of an Order granting him leave to file the requisite number of copies of three physical exhibits to be included with the Joint Appendix, specifically 1) audio recordings of two phone calls between Appellant and the same undercover officer, 2) a video recording of a Skype conversation between Appellant and the same undercover 2), and 3) an audio recording of Appellant's post-arrest statements to law enforcement. The discs were admitted into evidence at trial as Government Exhibits 18, 22, and 41 respectfully.

1

Wherefore, the appellant respectfully prays for an Order granting him leave to file the requisite number of copies of a physical exhibit to be included with the Joint Appendix.

Respectfully submitted,

WILLIAM ANDREW CLARKE
By Counsel

_____/s/ *Joseph King*_____
Joseph King
VA Bar #65632
King, Campbell, Poretz & Thomas PLLC
108 N. Alfred Street
Alexandria, VA 22314
(703) 683-7070 (o)
(703) 652-6010 (f)
jking@kingcampbell.com
*Counsel for Appellant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of September, 2015, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Scott Claffee
US Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3700

                                                      _____*/s/ Joseph King*_____
                                                      Joseph King
                                                      VA Bar # 65632
                                                      King, Campbell, Poretz & Thomas PLLC
                                                      108 N. Alfred Street
                                                      Alexandria, VA 22314
                                                      Phone: 703-683-7070
                                                      Facsimile: 703-652-6010
                                                      jking@kingcampbell.com
                                                      *Counsel for Appellant*