FILED: September 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4299

(1:14-cr-00246-CMH-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

WILLIAM ANDREW CLARKE

      Defendant - Appellant

_____

O R D E R

_____

Upon consideration of appellant's motion for leave to file exhibits to the joint appendix, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk